UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Criminal No. 98-cr-022-02-JD
                                                01-cr-047-01-PB

<u>Anselmo Aleman</u>

<u>O R D E R</u>

Defendant, Anselmo Aleman, withdrew his motion for reconsideration of defendant's motion to proceed pro se.  The motion is withdrawn and Attorney Garrity remains as counsel.

SO ORDERED.

                                                       _____
                                                       James R. Muirhead
                                                       United States Magistrate Judge

September 16, 2005

cc:   Paul J. Garrity, Esquire
      Terry L. Ollila, Esquire
      U.S. Probation
      U.S. Marshal